in all of plaintiffs' pleadings was the allegation that defendant had accused plaintiffs of a crime. Although plaintiffs' version of the statement read on behalf of defendant was not self-contradictory, it was in direct dispute with the sworn version offered by defendant in her motion for summary judgment. Consequently, a genuine issue of material fact was created, and it was error to grant summary judgment.

Accordingly, the judgment of the Circuit Court is reversed, and the cause is remanded for further proceedings not inconsistent with this opinion.

Judgment reversed and cause remanded.

McGLOON, P. J., and DEMPSEY, J., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LAVELL N. DAVIS, a/k/a LAVELL NELSON, Defendant-Appellant.

(No. 56034;

First District—April 6, 1972.

Gerald W. Getty, Public Defender, of Chicago, for appellant.